

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00247-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from County Criminal Court No. 3 |
| | § | of Tarrant County (1470887) |
| V. | § | November 15, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| RICHARD OPARE, Appellee | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth